IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DARRELL DAN FLOYD, SR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:05-CV-851-WKW |
| | ) | (WO) |
| DOTHAN CITY POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January 4, 2006, the Magistrate Judge filed a Recommendation (Doc. # 11) in this case. The plaintiff filed an objection on January 11, 2006 (Doc. # 12) and a supplement to his objection on January 17, 2006 (Doc. # 14).

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED with prejudice for lack of prosecution and pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 9th day of February, 2006.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE