IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DARRELL DAN FLOYD, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 1:05-CV-851-WKW |
| | )   (WO) |
| DOTHAN CITY POLICE, | ) |
| | ) |
| Defendant. | ) |

**<u>JUDGMENT</u>**

In accordance with the order entered on this date, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED with prejudice

DONE this the 9th day of February, 2006.

      /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE